NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGHMARK, INC.,**
*Plaintiff-Appellee,*

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1219

---

Appeal from the United States District Court for the Northern District of Texas in case no. 03-CV-1384, Judge Terry Means.

---

## ON MOTION

---

## ORDER

Upon consideration of Allcare Health Management System, Inc.'s motion to substitute Donald R. Dunner as principal counsel and to withdraw Dan S. Boyd,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL   6 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dan S. Boyd, Esq.
     Donald R. Dunner, Esq.
     Cynthia E. Kernick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK